**Order entered March 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00277-CR
No. 05-20-00285-CR
No. 05-20-00286-CR

**UMAIR AHMAE KHAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80965-2018, 199-81674-2018 & 199-83132-2018**

**ORDER**

Umair Ahmae Khan timely filed his notices of appeal. *See* TEX. R. APP. P. 25.2(a)(1).

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court

finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lynne Finley, Collin County District Clerk; LaTresta Ginyard, official court reporter, 199th Judicial District Court; and the Collin County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with the order. The appeals will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
        JUSTICE